

NUMBER 13-08-00622-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

KINDRED HOSPITAL, L.P.,                                                         **APPELLANT,**

**v.**

HOLLIS SCOTT, JR. AND PAT LAMBRIGHT,
INDIVIDUALLY, ON BEHALF OF THE ESTATE
OF ZELMA JEAN SCOTT, DECEASED, AND
ON BEHALF OF ALL WRONGFUL DEATH
BENEFICIARIES OF ZELMA JEAN SCOTT,
DECEASED, INCLUDING, BUT NOT LIMITED
TO, HOLLIS SCOTT, JR. AND PAT LAMBRIGHT,      **APPELLEES.**

On Appeal from the 105th District Court
of Nueces County, Texas.

# MEMORANDUM OPINION

Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the 105th District Court of Nueces County, Texas, in cause number 07-2142-D. Appellant has filed an unopposed motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party that incurred them. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 5th day of March, 2009.